[No. 12200-0-III.   Division Three.   December 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CANDIDO CARCAMO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-1-00112-0, David S. Edwards, J. Pro Tem., entered November 15, 1990. *Reversed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson, J., and Small, J. Pro Tem.

[No. 12300-6-III.   Division Three.   December 2, 1993.]

*In the Matter of the Estate of*
ANNA J. HARNDEN.

EDGAR J. HARNDEN, *Appellant*, v. ESTATE OF ANNA J. HARNDEN, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 89-4-00368-2, Michael E. Cooper, J., entered March 13, 1992. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson, J., and Clarke, J. Pro Tem.

[No. 28055-4-I.   Division One.   December 6, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. JOSEPH ALLEN FOXX, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04882-5, Susan R. Agid, J. Pro Tem., entered March 1, 1991. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Forrest, JJ.